IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT DALE BOERNER, | | |
| Petitioner, | No. 2:12-cv-1868 KJN P | |
| vs. | | |
| KINGS COUNTY SUPERIOR COURT, et al., | | |
| Respondents. | <u>ORDER</u> | |
| _____/ | | |
| ROBERT DALE BOERNER, | | |
| Petitioner, | No. 2:12-cv-1875 KJN P | |
| vs. | | |
| KINGS COUNTY SUPERIOR COURT, | | |
| Respondent. | <u>ORDER</u> | |
| _____/ | | |

Petitioner, a state prisoner proceeding pro se, has filed two nearly identical applications for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his conviction issued by the Kings County Superior Court. Kings County is part of the Fresno Division of the United States District Court for the Eastern District of California. <u>See</u> Local Rule 120(d).

////

1

1  Pursuant to Local Rule 120(f), a civil action which has not been commenced in
2  the proper division of a court may, on the court's own motion, be transferred to the proper
3  division of the court. Therefore, this action will be transferred to the Fresno Division of the
4  court. This court will not rule on petitioner's request to proceed in forma pauperis filed in Case
5  No. 2:12-cv-1868.
6  Good cause appearing, IT IS HEREBY ORDERED that:
7  1. This court has not ruled on petitioner's request to proceed in forma pauperis;
8  2. These actions are transferred to the United States District Court for the Eastern
9  District of California sitting in Fresno; and
10  3. All future filings shall reference the new Fresno case numbers assigned and
11  shall be filed at:

United States District Court
Eastern District of California
2500 Tulare Street
Fresno, CA 93721

DATED: July 19, 2012

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

boer1868.1875.109